UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

        Bimmy's, LLC,

                      Debtor.

-----------------------------------------------------------X

        Chapter 11

        Case No. 010-51772-jf

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE**, that Silnor # 2, LP, a creditor, appears herein by its counsel, Steinberg & Cavaliere, LLP, and pursuant to Rules 2002, 3017 and 9010 of the Bankruptcy Rules, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon the undersigned at the following office address and telephone number:

        Benjamin Zelermyer, Esq.
        Steinberg & Cavaliere, LLP
        50 Main Street
        White Plains, New York 10606
        Telephone: (914) 761-4200
        Facsimile: (914) 761-4256
        E-mail: bzlaw@optonline.net

Dated: January 4, 2011

        Steinberg & Cavaliere, LLP

        By:    /s/Benjamin Zelermyer
                    Benjamin Zelermyer (BZ 9536)
                    50 Main Street
                    White Plains, NY 10606
                    (914) 761-4200